IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRISANTO U. ACOSTA,

    Plaintiffs,

  vs.                      No. CIV. S-10-2871 FCD GGH PS

BAC HOME LOANS SERVICING, LP,

    Defendant.      ORDER
_____/

    Plaintiffs have requested an extension of time to file an amended complaint pursuant to the court's order of January 18, 2011.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiffs' February 22, 2011 request for an extension of time is granted; and

    2. Plaintiffs are granted twenty-one (21) days from the date of this order in which to file an amended complaint.

No further extensions will be authorized.

DATED: March 7, 2011

                         /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

GGH:076/Acosta2871.36.wpd

1